IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    1:25-CR- 268    (PJE) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **DARLON MCDONALD,** | ) | Violation:   18 U.S.C. § 611 |
| | ) | [Voting by Aliens] |
| | ) | |
| | ) | Two Counts |
| | ) | |
| **Defendant.** | ) | County of Offenses:   Schenectady |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
[**Voting by Aliens**]

On or about August 23, 2022, in Schenectady County in the Northern District of New York, the defendant, **DARLON MCDONALD**, an alien, fully knowing he was not a United States citizen, did knowingly vote in a primary election held in part for the purpose electing a Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

### COUNT 2
[**Voting by Aliens**]

On or about November 8, 2022, in Schenectady County in the Northern District of New York, the defendant, **DARLON MCDONALD**, an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a Member of the Senate and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

Dated: June 24, 2025 				JOHN A. SARCONE III
						United States Attorney

					By:	/s/ *Joshua Rosenthal & Richard Belliss*
						Joshua Rosenthal & Richard Belliss
						Assistant United States Attorneys
						Bar Roll Nos. 700730 & 515295